UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEVEN APPLE, and
NANCY APPLE,

    Plaintiffs,

vs.                                              CASE NO. 3:09-cv-398-J-25TEM

ALLSTATE INSURANCE COMPANY,
a corporation authorized and doing
business in Florida, ALLSTATE
FLORIDIAN INSURANCE COMPANY,
a corporation authorized and doing
business in Florida, and STEPHANIE
ANDO, individually and as an agent
of ALLSTATE INSURANCE
COMPANY and ALLSTATE
FLORIDIAN INSURANCE COMPANY,

    Defendants.
_____

## O R D E R

This matter is before the Court on Plaintiffs' Motion to Compel Appraisal and Memorandum of Law (Doc. #37, Motion). Plaintiffs' counsel apparently chose to file the Motion without first conferring with opposing counsel. More particularly, the Court has reviewed the Motion and notes there is no certifying statement which would verify compliance with Local Rule 3.01(g).

The importance of the Local Rules cannot be overstated. All counsel are expected to be familiar with and comply with all applicable rules of this Court. With respect to Local Rule 3.01(g), the court has noted "[t]he purpose of the rule is to require the parties to communicate and resolve certain types of disputes without court intervention." *Desai v.*

*Tire Kingdom, Inc.*, 944 F.Supp. 876 (M.D. Fla. 1996). At least one magistrate judge in the Middle District of Florida has construed the mandates of Rule 3.01(g) to "mean to speak to each other in person or by telephone, in a good faith attempt to resolve disputed issues." *Davis v. Apfel*, 2000 WL 1658575 (M.D. Fla. 2000). Many disputes are more easily resolved when the parties actually speak with each other.

The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.

Accordingly, it is hereby **ORDERED:**

Plaintiffs' Motion to Compel Appraisal and Memorandum of Law (Doc. #37) shall be **STRICKEN and DELETED** from the file. Counsel may file a renewed motion after complying with the applicable rules of this Court.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of January, 2010.

Copies to all counsel of record

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge